■ In the Matter of EDWIN WILLIS, Appellant, v DEWITT C. TREDER, Respondent.—In a proceeding pursuant to CPLR article 78 to review a determination of the respondent DeWitt C. Treder, Commissioner of the Suffolk County Police Department, which denied the petitioner's application for a pistol license, the petitioner appeals from a judgment of the Supreme Court, Suffolk County (McCarthy, J.), entered December 5, 1985, which dismissed the proceeding on the merits.

Ordered that the judgment is affirmed, without costs or disbursements.

In denying the petitioner's application for a pistol license, the respondent found that a false statement had been made on the petitioner's application when the petitioner denied ever suffering from a mental illness.

This determination was neither arbitrary and capricious, nor an abuse of discretion. Penal Law § 400.00 (1) provides, in relevant part, that no firearms license shall be issued until an investigation and finding that all statements on the application are true. Mollen, P. J., Thompson, Brown and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL ABBY, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Marasco, J.), rendered February 28, 1983, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.